FREDERICK HUSS *v.* DOROTHY HUSS

The plaintiff's "Motion for an Order Directing Trial Court to File a Limited Finding" is denied by the court.

*Joel M. Ellis,* in support of the motion.

Submitted September 13—decided October 4, 1978

STATE OF CONNECTICUT *v.* HUBERT SINGLETON

The state's motion to terminate the stay of execution, as issued with specific conditions by this court February 15, 1978, is granted by the court unless the defendant files with the court and with the office of the state's attorney on or before October 16, 1978, a copy of his petition for a writ of certiorari or a copy of the decision by the United States Supreme Court on his petition.

*Richard F. Banbury,* chief assistant state's attorney, in support of the motion.

Submitted September 20—decided October 4, 1978

ARTHUR L. GREEN ET AL. *v.* FREEDOM OF INFORMATION COMMISSION ET AL.

The plaintiffs' motion to strike the defendants' request for a limited finding and draft finding is denied by the court.

*Philip A. Murphy, Jr.,* in support of the motion.

Submitted September 20—decided October 4, 1978